| Work | Artist(s) | Album | PA | SR |
|---|---|---|---|---|
| ¿Qué Le Pasó Al Niño? | Adriel Favela, El Bala | Mejor Que Ayer | PA 2-400-381 | |
| Adicción | Adriel Favela | Adicción | | SR 901-110 |
| Al Millón | Adriel Favela, Fuerza Regida | Al Millón | | SR 896-939 |
| Alfredo Beltrán Guzmán | Adriel Favela | Mujeres de Tu Tipo | PA 0001942572 | SR0000757449 |
| Almohada | Adriel Favela | Favela por Herencia | | SR-1-002-989 |
| Aquí Estoy y No Me Voy | Adriel Favela | Señalado por Costumbre | PA 2-143-608 | SR0000842445 |
| Así Tocó Mi Vida | Adriel Favela, Natanael Cano | Así Tocó Mi Vida | N/A | SR 888-300 |
| Así Tocó Mi Vida | Adriel Favela | | | SR 888-300 |
| Azul Se Mira | Adriel Favela | Azul Se Mira | PA 2-473-823 | SR-999-911 |
| Azul Se Mira (feat. Adriel Favela) | Los Del Arroyo, Adriel Favela | Azul Se Mira | PA 2-473-823 | SR-999-911 |
| Chequen el Porte | Adriel Favela | Azul Se Mira | PA 2-093-393 | SR-999-911 |
| Como No Acordarme | Adriel Favela | Como No Acordarme | PA 2-123-771 | |
| Cómo Olvidarla | Adriel Favela | Mujeres de Tu Tipo | | SR0000757449 |
| Con Un Botecito A Pecho | Adriel Favela, Carin Leon | Cosas Del Diablo | PA 2-342-923 | SR 924-750 |
| Cuando los Necesité (Banda) | Adriel Favela | Señalado por Costumbre | PA 2-123-768 | SR0000842445 |
| Dime | Adriel Favela | Mujeres de Tu Tipo | PA 2-483-920 | SR0000757449 |
| El Camello | Adriel Favela | Azul Se Mira | PA 2-473-823 | SR-999-911 |
| El Charrito | Adriel Favela | Mejor Que Ayer | PA 2-400-381 | SR 954-396 |
| El Compa Rafa | Adriel Favela | Adicción | | SR 901-110 |
| El Consentido de la Palma (Versión Banda) | Adriel Favela | Mujeres de Tu Tipo | PA 2-099-036 | SR0000757449 |
| El Consentido de la Palma (Versión Norteño) | Adriel Favela | Mujeres de Tu Tipo | PA 2-099-036 | SR0000757449 |
| El Corrido del Snap (aka el Snap) (feat. Omar Ruiz) | Adriel Favela | Señalado por Costumbre | PA 2-143-587 | SR0000842445 |
| El de la Segunda Letra | Adriel Favela | Azul Se Mira | PA 2-473-823 | SR-999-911 |
| El de los Ojos Claros | Adriel Favela | Mujeres de Tu Tipo | | SR0000757449 |
| El Fifty | Adriel Favela | Señalado por Costumbre | PA 2-143-607 | SR0000842445 |
| El Fulano | Adriel Favela | Azul Se Mira | PA 2-093-404 | SR-999-911 |
| El Fulano (Acustico) | Adriel Favela | El Fulano (Acustico) | PA 2-093-404 | SR-999-911 |
| El Kakaro | Adriel Favela | Tomen Nota | PA 2-093-717 | 1-15161115481 |
| El León De La Manada | Adriel Favela | Mejor Que Ayer | PA 2-400-381 | SR 954-396 |
| El Samo (feat. Enigma Norteño) | Adriel Favela | Señalado por Costumbre | PA 2-143-606 \| PA 2-476-369 | SR0000842445 |
| El Señor Pulga | Adriel Favela | Azul Se Mira | PA 2-473-823 | SR-999-911 |
| El Tiempo Es Caro (A.K.A los Ninis) | Adriel Favela | Tomen Nota | PAu 3-790-549 | SRu 1-223-029 |
| El Último Heredero | Adriel Favela | Azul Se Mira | PA 2-473-823 | SR-999-911 |
| En el Infierno los Miro | Adriel Favela | Favela por Herencia | | SR-1-002-989 |
| Eres | Adriel Favela | Eres | | SR 894 191 |
| Es Tiempo de Guerra | Adriel Favela | Mujeres de Tu Tipo | PA 2-022-741 | SR0000757449 |
| Es Tiempo de Guerra | Adriel Favela | Mujeres de tu Tipo | PA 2-022-741 | SR0000757449 |
| Escuela 6-1 | Adriel Favela | Azul Se Mira | PA 2-473-823 | SR-999-911 |
| Favela por Herencia | Adriel Favela | Favela por Herencia | | SR-1-002-989 |
| Fuck Love | Adriel Favela | Mejor Que Ayer | PA 2-400-381 | SR 954-396 |
| Fue la Ocasión | Adriel Favela | Mujeres de Tu Tipo | PA 1-942-572 | SR0000757449 |
| Gris | Adriel Favela | Mejor Que Ayer | PA 2-400-381 | SR 954-396 |
| Ivan el Chapito Guzman | Adriel Favela | Favela por Herencia | PA 2-480-588 | SR-1-002-989 |
| La Corriente | Adriel Favela | Tomen Nota | 1-15171736831 | 1-15161115481 |
| La Equivocación | Adriel Favela | Tomen Nota | 1-15171736831 | 1-15161115481 |
| La Escuela No Me Gustó | Adriel Favela | Señalado por Costumbre | PA 2-143-589 | SR0000842445 |
| La Escuela No Me Gustó (feat. Javier Rosas Y Su Artillería Pesada) | Adriel Favela | Señalado por Costumbre | PA 2-143-589 | SR0000842445 |
| La Propuesta | Adriel Favela | Tomen Nota | 1-15171736831 | |
| La Reina de Mi Cuento | Adriel Favela | Tomen Nota | 1-15171736831 | 1-15161115481 |
| Los Herederos | Adriel Favela | Mujeres de Tu Tipo | PA 1-942-572 | SR0000757449 |
| Los Viejos Tiempos | Adriel Favela | Mujeres de Tu Tipo | PA 1-942-572 | SR0000757449 |
| Luis Montes (aka Luis Montes el de Uruapan) | Adriel Favela | Señalado por Costumbre | PA 2-143-605 \| PA 2-476-369 | SR0000842445 |
| Manzana Podrida | Adriel Favela | Mejor Que Ayer | PA 2-400-381 | SR 954-396 |
| Me Llamo Juan | Adriel Favela | Azul Se Mira | PA 2-093-736 | SR-999-911 |
| Mejor Que Ayer | Adriel Favela | Mejor Que Ayer | PA 2-400-381 | SR 954-396 |
| Miami Vibe | Código FN, Adriel Favela | Billetes Verdes | PA 2-198-012 | SR 888-469 |
| Mis Gustos, Mis Placeres (feat. Jonatan Sanchez) | Adriel Favela, Jonatan Sanchez | Mujeres de Tu Tipo | PA 2-093-751 | SR0000757449 |
| Mujeres de Tu Tipo | Adriel Favela | Mujeres de Tu Tipo | PA 2-013-616 | SR 845-915 |
| Mujeres de Tu Tipo | Adriel Favela | Mujeres de tu Tipo | PA 2-013-616 | SR 845-915 |
| Murió el Amor | Adriel Favela | Mujeres de Tu Tipo | PA 1-942-572 | SR0000757449 |
| Narquitecto de Palabras | Adriel Favela | Azul Se Mira | PA 2-473-823 | SR-999-911 |
| No Más Pa' Que Te Fijes | Adriel Favela | Tomen Nota | 1-15171736831 | 1-15161115481 |
| No Te Ilusiones Tanto (feat. Giovanny Ayala) | Adriel Favela | Señalado por Costumbre | PA 2-143-603 | SR0000842445 |
| Pa Que No Se Animen | Adriel Favela | Adicción | | SR 901-110 |
| Para Que Me Quejo (feat. Leandro Rios) | Adriel Favela | Señalado por Costumbre | PA 2-143-604 | SR0000842445 |
| Por Nombre Iván Archivaldo | Adriel Favela | Mujeres de Tu Tipo | PA 1-942-572 | SR0000757449 |
| Pxc-Mxn | Adriel Favela | Mejor Que Ayer | PA 2-400-381 | SR 954-396 |
| Se Supone | Adriel Favela | Rosa Con Espinas | | SR 881-645 |
| Se Termina Nuestra Historia | Adriel Favela | Tomen Nota | 1-15171736831 | 1-15161115481 |
| Sigo Con Lo Mio | Adriel Favela | Señalado por Costumbre | PA 2-143-602 | SR0000842445 |
| Solo Sufrió | Adriel Favela | Adicción | | SR 901-110 |
| Sueño a Lo Grande | Adriel Favela | Azul Se Mira | PA 2-093-396 | SR-999-911 |
| Te Acuerdas de Tu Amiga | Adriel Favela | Tomen Nota | PA 2-022-739 | 1-15161115481 |
| Te Vas | Adriel Favela | Mejor Que Ayer | PA 2-400-381 | SR 954-396 |
| Te Voy a Olvidar | Adriel Favela | Mujeres de Tu Tipo | PA 1-942-572 | SR0000757449 |
| Tomen Nota (feat. Los Del Arroyo) | Adriel Favela | Tomen Nota | PA 2-022-743 | SR 888-295 |
| Tomen Nota (Solo Version) | Adriel Favela | Primer Batalla del Corrido: Etiqueta Negra | PA 2-022-743 | SR 888-295 |
| Tu Te Lo Pierdes (feat. Jonatan Sanchez) | Adriel Favela | Señalado por Costumbre | PA 2-476-369 | SR0000842445 |
| Venimos Recio | Adriel Favela | Mejor Que Ayer | PA 2-400-381 | SR 954-396 |
| Vete Y No Vuelvas | Adriel Favela | Mejor Que Ayer | PA 2-400-381 | SR 954-396 |
| Veterano | Adriel Favela | Mejor Que Ayer | PA 2-400-381 | SR 954-396 |

| Work | Artist(s) | PA | SR | Author(s) |
|---|---|---|---|---|
| El Jefree | Beto Vega | PA 2-184-240 | SR 847-650 | Jose Alberto Vega Ochoa (Beto Vega) |
| El Morro | Beto Vega | PA 2-171-732 | | Fausto Rafael Cruz Tellechea |
| Ni Que Fuera Gripa | Giovanny Ayala, Beto Vega | PA 2-481-987 | SR 924-627 | Hector Giovanny Ayala Rodriguez |
| Voy a Estar Bien | Beto Vega | PA 2-216-073 | SR 858-905 | Jesus Alberto Garcia Caballero, Pablo Adrian Navarro Meza, Roberto Clemente Valdez Carranza |

| Work | Artist(s) | PA | SR | Author(s) |
|---|---|---|---|---|
| 15 Besos | Cornelio Vega y su Dinastia | PA 2-477-518 | SR 831-392 | Jesus Cornelio Vega Luna Jr. |
| 200 Millas | Cornelio Vega y su Dinastia | PA 2-445-784 | SR 983-696 | Jesus Cornelio Vega Luna Jr. |
| Asi Soy | Cornelio Vega y su Dinastia | PA 2-249-744 | SR 875-618 | Jesus Cornelio Vega Luna Jr. |
| Cambio de Papeles (feat. Luis Coronel) | Cornelio Vega y su Dinastia | PA 2-123-775 | SR0000865015 | Jesus Cornelio Vega Luna Jr. |
| Cartier | Cornelio Vega y su Dinastia | PA 2-252-647 | SR 877-179 | Jesus Cornelio Vega Luna Jr. |
| Como Este Cabrón | Cornelio Vega y su Dinastia | N/A | SR 881-645 | |
| Como Le Explicó | Cornelio Vega y su Dinastia | PA 2-441-199 | SR 980-467 | Jesus Cornelio Vega Luna Jr. |
| Con Guante Blanco | Cornelio Vega y su Dinastia | PA 2-238-434 | SR 865-345 | Jesus Cornelio Vega Luna Jr. |
| Corazón (cover) | Cornelio Vega y su Dinastia | N/A | SR 881-645 | |
| Cuando Estés Conmigo | Cornelio Vega y su Dinastia | PA 2-477-518 | SR 831-392 | Jesus Cornelio Vega Luna Jr. |
| Culpable | Cornelio Vega y su Dinastia | PA 2-452-988 | SR 987-918 | Jesus Cornelio Vega Luna Jr. |
| De La Calle Graduado | Cornelio Vega y su Dinastia | PA 2-477-518 | SR 831-392 | Jesus Cornelio Vega Luna Jr. |
| Difícil De Creer | Cornelio Vega y su Dinastia | PA 2-444-246 | SR 972-904 | Jesus Cornelio Vega Luna Jr. |
| Dime | Cornelio Vega y su Dinastia | PA 2-483-920 | SR0000865015 | Jesus Cornelio Vega Luna Jr. |
| El Ingeniero | Cornelio Vega y su Dinastia | PA 2-483-920 | SR0000865015 | Juan Vega Cuamea |
| El Licenciado | Cornelio Vega y su Dinastia | N/A | SR 881-645 | |
| El Primero | Cornelio Vega y su Dinastia | PA 2-477-518 | SR 831-392 | Jesus Cornelio Vega Luna Jr. |
| El Problema (feat. Adriel Favela) | Cornelio Vega y su Dinastia | PA 2-477-518 | SR 831-392 | Jesus Cornelio Vega Luna Jr. |
| Esta Vez Soy Yo | Cornelio Vega y su Dinastia | PA 2-238-718 | SR0000868867 | Jesus Cornelio Vega Luna Jr. |
| Estoy Enamorado | Cornelio Vega y su Dinastia | PA 2-483-920 | SR0000865015 | Jesus Cornelio Vega Luna Jr. |
| Fue un Error Amarte | Cornelio Vega y su Dinastia | PA 2-134-698 | SR 888-295 | Jesus Cornelio Vega Luna Jr. |
| Haz Lo Que Quieras | Cornelio Vega y su Dinastia | PA 2-193-545 | SR 867-960 | Jesus Cornelio Vega Luna Jr. |
| La Hungara | Cornelio Vega y su Dinastia | N/A | SR 881-645 | |
| La Kushara | Cornelio Vega y su Dinastia | PA 2-123-772 | SR 831-394 | Carlos Ivan Moreno Chairez, Jesus Cornelio Vega Luna Jr. |
| Las Tekates | Cornelio Vega y su Dinastia | PA 2-099-334 \| PA 2-477-518 | SR 831-392 | Jesus Cornelio Vega Luna Jr. |
| Más Loca Que Yo | Cornelio Vega y su Dinastia | PA 2-483-920 | SR0000865015 | Jesus Cornelio Vega Luna Jr. |
| Me Cansé | Cornelio Vega y su Dinastia | PA 2-477-518 | SR 831-392 | Jesus Cornelio Vega Luna Jr. |
| Mi Amor | Cornelio Vega y su Dinastia | | SR 887-496 | German Alexis Gauthereau Robles, Gohan Isidro Corral Bustamante |
| Mi Paciencia | Cornelio Vega y su Dinastia | PA 2-093-405 | | Jesus Cornelio Vega Luna Jr. |
| Ni Como Amigos | Cornelio Vega y su Dinastia | PA 2-483-920 | SR0000865015 | Jesus Cornelio Vega Luna Jr. |
| No Me Hubiera Enamorado | Cornelio Vega y su Dinastia | PA 2-093-755 | SR 831-392 | Jesus Cornelio Vega Luna Jr. |
| Noches de Junio | Cornelio Vega y su Dinastia | N/A | SR 881-645 | |
| Por Estar Contigo | Cornelio Vega y su Dinastia | PA 2-477-518 | SR 831-392 | Jesus Cornelio Vega Luna Jr. |
| Por Ti | Cornelio Vega y su Dinastia | PA 2-457-679 | SR 990-919 | |
| Positivo | Cornelio Vega y su Dinastia | PA 2-242-343 | SR 881-645 | Jesus Cornelio Vega Luna Jr. |
| Que Les Molesta | LEGADO 7, Cornelio Vega y su Dinastia | PA 2-477-774 | SR 876-426 | Carlos Alberto Mercado Hermosillo |
| Que Lloro | Cornelio Vega y su Dinastia | N/A | SR 881-645 | |
| Recordándote (feat. BeatBoy) | Cornelio Vega y su Dinastia | | SR 880-678 | Javier Alonso Perez Echeverria, Jesus Cornelio Vega Luna Jr. |
| Sabes | Cornelio Vega y su Dinastia | PA 2-483-920 | SR0000865015 | Jesus Cornelio Vega Luna Jr. |
| Sentimental | Cornelio Vega y su Dinastia | N/A | SR 881-645 | |
| Será Muy Tarde | Cornelio Vega y su Dinastia | PA 2-477-518 | SR 831-392 | Jesus Valentin Vega Luna |
| Sigue Adelante | Cornelio Vega y su Dinastia | PA 2-465-096 | SR 995-053 | Jesus Cornelio Vega Luna Jr. |
| Sin Raspar Muebles | Cornelio Vega y su Dinastia | PA 2-483-920 | SR0000865015 | Jesus Cornelio Vega Luna Jr. |
| Te Arrepentirás | Cornelio Vega y su Dinastia | PA 2-483-920 | SR0000865015 | Jesus Cornelio Vega Luna Jr. |
| Tengo Que Aceptar | Cornelio Vega y su Dinastia | PA 2-477-518 | SR 831-392 | Jesus Cornelio Vega Luna Jr. |
| Tranquilo y Sin Hacer Ruido | Cornelio Vega y su Dinastia | PA 2-477-518 | SR 831-392 | |
| Un Siglo Sin Ti | Cornelio Vega y su Dinastia, Ramon Vega | N/A | SR 881-645 | |
| Ven Conmigo | Cornelio Vega y su Dinastia | PA 2-483-920 | SR0000865015 | Jesus Cornelio Vega Luna Jr. |
| Vete | Cornelio Vega y su Dinastia | PA 2-437-004 | SR 977-584 | Jesus Cornelio Vega Luna Jr. |
| Voy A Confesarte | Cornelio Vega y su Dinastia | PA 2-483-144 | | Jesus Cornelio Vega Luna Jr. |
| Ya Es Muy Tarde | Cornelio Vega y su Dinastia | 1-13874635642 | SR 897-367 | Jesus Cornelio Vega Luna Jr. |
| Yo Soy | Cornelio Vega y su Dinastia | PA 2-477-518 | SR 831-392 | Jesus Cornelio Vega Luna Jr. |
| Zandunga | Cornelio Vega y su Dinastia, Heber, Tax Millie | PA 2-249-739 | SR 875-616 | Axel Valenzuela Soto, Heber Alonso Marcnez Corral, Jesus Cornelio Vega Luna Jr. |

| Work | Artist(s) | PA | SR | Author(s) |
|---|---|---|---|---|
| Desde las Calles | Jovanny Cadena Y Su Estilo Privado, Giovanny Ayala | PA 2-241-612 | SR 870-194 | Hector Giovanny Ayala Rodriguez |
| Duren | Los Plebes del Rancho de Ariel Camacho, Giovanny Ayala | PA 2-371-548\|PA 2-505-845 | SR 938-917 | Geovani Cabrera, Hector Giovanny Ayala Rodriguez, Roberto Zamudio Ramos |
| Hace Frío Aquí en la Cima | Los Dareyes De La Sierra, Giovanny Ayala | PA 2-400-539 | SR 954-389 | Geovani Cabrera, Hector Giovanny Ayala Rodriguez |
| Me Anda Buscando la Traición | Giovanny Ayala, Grupo Los de la O | PA 2-476-763 | 1-9002721161 | Danilo Avilez, Jesus Alfonso Baca Campos |
| Ni Que Fuera Gripa | Giovanny Ayala, Beto Vega | PA 2-481-987 | SR 924-627 | Hector Giovanny Ayala Rodriguez |
| Se Supone | Giovanny Ayala, Jonatan Sanchez | | SR 901-815 | Hector Giovanny Ayala Rodriguez, Jonatan Sanchez |
| Señor M1 | Javier Rosas Y Su Artillería Pesada, Giovanny Ayala | PA 2-378-764 | SR 943-653 | Hector Giovanny Ayala Rodriguez, Jesus Enrique Torres Nieblas |
| Si Ya Sabes Como Soy | Giovanny Ayala, Vena De Rey | PA 2-491-188 | SR 1-001-282\|SR 899-364 | Cesar Martinez Inzunza, Hector Giovanny Ayala Rodriguez |

| Work | Artist(s) | PA | SR | Author(s) |
|---|---|---|---|---|
| Agua Clara (En Vivo) | Código FN | N/A | 1-8759276481 | |
| Allá en las Rejas | Código FN | N/A | SR 855-429 | |
| Ando Bien Al Tiro | Código FN | PA 2-280-049 | SR 888-469 | Jose Ernesto Leon Cuen |
| Bebamos Hoy | Código FN | PA 2-280-049 | SR 888-469 | Jose Ernesto Leon Cuen |
| Bebamos Hoy (Piano Version) | Código FN | PA 2-280-049 | SR 888-469 | Jose Ernesto Leon Cuen |
| Billetes Verdes | Código FN | PA 2-280-049 | SR 888-469 | Jose Ernesto Leon Cuen |
| Carlos Pitaya | Código FN | PA 2-475-182 | SR 855-429 | Danny Axel Leon Cuen, Francisco Javier Cuen Mariscal |
| Chuchuluquiando | Código FN | N/A | SR 855-429 | |
| Con Dinero Baila el Perro | Código FN | PA 2-475-182 | SR 855-429 | Ricardo Lopez |
| Contigo (En Vivo) | Código FN | N/A | SR 1-009-284 | |
| Desde Anoche | Código FN | PA 2-484-108 | SR 1-005-210 | Jose Ernesto Leon Cuen |
| El Amor No Se Vende | Código FN | N/A | SR 855-429 | |
| El Bicholo | Código FN | PA 2-484-108 | SR 1-005-210 | Jose Ernesto Leon Cuen |
| El Caimán (En Vivo) | Código FN | | SR 1-009-284 | |
| El Coronel | Código FN, Javier Rosas Y Su Artillería Pesada | PA 2-261-067 | SR 882-856 | Andres Garcia, Danny Axel Leon Cuen, Jose Ernesto Leon Cuen |
| El Corrido del Gabacho (En Vivo) | Código FN | 1-15166096331 | SR 1-009-284 | Jose Ernesto Leon Cuen |
| El Gabacho aka El Corrido Del Gabacho | Código FN | 1-15166096331 | SR 1-009-284 | Jose Ernesto Leon Cuen |
| El Gallero | Código FN | PA 2-171-795 | SR 1-001-640 | Danny Axel Leon Cuen |
| El Músico | Código FN | PA 2-280-049 | SR 888-469 | Jose Ernesto Leon Cuen |
| El Niño de Oro | Código FN | PA 2-475-182 | SR 855-429 | Jose Ernesto Leon Cuen |
| El Número 3 | Código FN | PA 2-280-049 | SR 888-469 | Jose Ernesto Leon Cuen |
| El P90 | Código FN | PA 2-484-108 | SR 1-005-210 | |
| El Panu | Código FN | N/A | SR 1-009-284 | Jose Ernesto Leon Cuen |
| El Panu (En Vivo) | Código FN, Alto Comando | 1-15166096331 | SR 1-009-284 | Jose Ernesto Leon Cuen |
| El Pariente | Código FN | PA 2-475-182 | SR 855-429 | Danny Axel Leon Cuen, Jose Ernesto Leon Cuen, Leonardo Vega |
| El Patrón MZ | Código FN | PA 2-280-049 | SR 888-469 | Jose Ernesto Leon Cuen |
| El Tony aka el Corrido Del Tony | Código FN | PA 2-475-182 | SR 855-429 | |
| El Trapito Colorado | Código FN | PA 2-280-049 | SR 888-469 | Jose Ernesto Leon Cuen |
| El Trébol de la Suerte | Código FN, Grupo Marca Registrada | PA 2-476-868 | SR 887-014 | Jose Ernesto Leon Cuen |
| En la Ciudad | Código FN, Grupo Los de la O | PA 2-280-049 | SR 862-697 \| SR 888-469 | Andres Garcia, Danny Axel Leon Cuen, Jose Ernesto Leon Cuen |
| Ensartado | Código FN | PA 2-484-108 | SR 1-005-210 \| SR 1-009-284 | Jose Ernesto Leon Cuen |
| Ensartado (En Vivo) | Código FN | PA 2-484-108 | SR 1-005-210 \| SR 1-009-284 | Jose Ernesto Leon Cuen |
| Es Injusto | Código FN | PA 2-484-108 | SR 1-005-210 | Jose Ernesto Leon Cuen |
| Es Injusto (Versión Banda) | Código FN | PA 2-484-108 | SR 1-005-210 | Jose Ernesto Leon Cuen |
| Estoy Perdido Contigo | Código FN | PA 2-484-108 | SR 1-005-210 | Jose Ernesto Leon Cuen |
| Irremediablemente | Código FN | N/A | SR 855-429 | |
| La Media Vuelta | Código FN | | SR 855-429 | |
| La Vida en la Sierra | Código FN | PA 2-484-108 | SR 1-005-210 \| PA 2-484-108 | Jose Ernesto Leon Cuen |
| La Vida en la Sierra (En Vivo) | Código FN | PA 2-484-108 | SR 1-005-210 \| SR 1-009-284 | Jose Ernesto Leon Cuen |
| Las Flores de Mi Amor | Código FN | PA 2-484-108 | SR 1-005-210 \| SR 1-009-284 | Jose Ernesto Leon Cuen |
| Las Flores de Mi Amor (En Vivo) | Código FN | PA 2-484-108 | SR 1-005-210 \|SR 1-009-284 | Jose Ernesto Leon Cuen |
| Las Zapatillas (En Vivo) | Código FN | N/A | SR 1-009-284 | |
| Los 2 Compadres (En Vivo) aka Los Dos Compadres | Código FN | PA 2-484-108 | SR 1-005-210 \| SR 1-009-284 | |
| Los Dos Compadres aka Los 2 Compadres | Código FN | PA 2-484-108 | SR 1-005-210 \| SR 1-009-284 | |
| Me Gusta Ponerle al Polvo | Código FN | PA 2-280-049 | SR 888-469 \| SR 1-009-284 | |
| Me Gusta Ponerle al Polvo (En Vivo) | Código FN | PA 2-280-049 | SR 1-009-284\|SR 888-469 | |
| Me Gustan Así Como Tú | Código FN | PA 2-484-108 | SR 1-005-210 \| SR 1-009-284 | Jose Ernesto Leon Cuen |
| Me Gustan Así Como Tú (En Vivo) | Código FN | PA 2-484-108 | SR 1-005-210 \| SR 1-009-284 | Jose Ernesto Leon Cuen |
| Mente Abierta | Código FN | PA 2-484-108 | SR 1-005-210 \|SR 1-009-284 | Jose Ernesto Leon Cuen |
| Mente Abierta (En Vivo) | Código FN | PA 2-484-108 | SR 1-005-210 \| SR 1-009-284 | Jose Ernesto Leon Cuen |
| Mes y Medio (En Vivo) | Código FN | N/A | SR 1-009-284 | |
| Miami Vibe | Código FN, Adriel Favela | PA 2-280-049 | SR 888-469 | Adriel Guadalupe Apodaca Favela, Danny Axel Leon Cuen, Jose Ernesto Leon Cuen |
| Miami Vibe (En Vivo) | Código FN | PA 2-280-049 | SR 888-469 | Adriel Guadalupe Apodaca Favela, Danny Axel Leon Cuen, Jose Ernesto Leon Cuen |
| Ni El Gobierno Ni Las Balas | Código FN, Javier Rosas Y Su Artillería Pesada | PA 2-280-049 | SR 888-469 | Jose Ernesto Leon Cuen |
| No Digas Que No (En Vivo) | Código FN | N/A | SR 1-009-284 | |
| No la Hago Sin Ti | Código FN | PA 2-191-429 | SR 849-259 | Hector Giovanny Ayala Rodriguez |
| No Llorare | Código FN | PA 2-484-108 | SR 1-005-210 \| SR 1-009-284 | Jose Ernesto Leon Cuen |
| No Lloraré (En Vivo) | Código FN | PA 2-484-108 | SR 1-005-210 \| SR 1-009-284 | Jose Ernesto Leon Cuen |
| No Me Conoces Aún (En Vivo) | Código FN | N/A | 1-8759276481 | |
| No Me Hagas Menos | Código FN | N/A | SR 855-429 | |
| No Se Ha Dado Cuenta (En Vivo) (feat. La Revancha RC) | Código FN | | 1-8759276481 | |
| Nunca Me Dejes | Código FN | | SR 1-005-210 \| SR 1-009-284 | |
| Nunca Me Dejes (En Vivo) | Código FN | N/A | SR 1-005-210 \| SR 1-009-284 | |
| Positivo y Aventado | Código FN | PA 2-280-049 | SR 888-469 | Jose Ernesto Leon Cuen |
| Recuerdos de Mi Infancia | Código FN | PA 2-475-182 | SR 855-429 | Jose Ernesto Leon Cuen |
| Siento Bonito | Código FN | PA 2-280-049 | SR 888-469 | Jose Ernesto Leon Cuen |
| Solo en Amarte Pienso (En Vivo) | Código FN | N/A | SR 1-009-284 | |
| Vagos y Carajos | Código FN | PA 2-475-182 | SR 855-429 | Macario Carvajal Quintero |
| Vamos A Darnos Un Tiempo | Código FN | PA 2-280-049 | SR 888-469 | |
| Ya No Existe | Código FN | | SR 855-429 | |
| Yo Te Lo Recuerdo | Código FN | PA 2-484-108 | SR 1-005-210 \| SR 1-009-284 | Jose Ernesto Leon Cuen |
| Yo Te Lo Recuerdo (En Vivo) | Código FN | PA 2-484-108 | SR 1-005-210 \| SR 1-009-284 | Jose Ernesto Leon Cuen |

| Work | Artist(s) | PA | SR | Author(s) |
|---|---|---|---|---|
| 38 en la Cintura | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | Adriel Guadalupe Apodaca Favela |
| 38 en la Cintura (En Vivo) | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | Adriel Guadalupe Apodaca Favela |
| Atentamente Damaso | Grupo Escolta | N/A | SR 1-000-654 | Jose Luis Del Villar |
| Atentamente Damaso (Versión Tuba) | Grupo Escolta | N/A | SR 1-000-654 | Jose Luis Del Villar |
| Bella Doctora | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | Joel Adrian Zepeda |
| Capitán H-Sino | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | Mario Castelo |
| De un Valor Muy Grande | Grupo Escolta | PA 2-475-125 | SR 1-000-654 | Joel Adrian Zepeda |
| El Barbón | Grupo Escolta | PA 2-475-125 | SR 1-000-654 | Joel Adrian Zepeda |
| El Bronco de la Barba | Grupo Escolta | | SR 1-000-654 | Christian Michelle Felix Felix |
| El Chente | Grupo Escolta | | SR 1-000-654 | Joel Adrian Zepeda |
| El de los Tatuajes Chinos (El Tetris) | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | Carlo Bribiesca, Jairo De Jesus Ramos Gaxiola, Mario Castelo |
| El Peque | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | Adriel Guadalupe Apodaca Favela |
| El Peque (En Vivo) | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | Adriel Guadalupe Apodaca Favela |
| El Secuestro del Muchacho | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | Mario Castelo |
| Ella No Es Como Tú | Grupo Escolta | | SR 1-000-654 | Jose Luis Del Villar |
| Igual de Locos | Grupo Escolta | | SR 1-000-654 | Luciano Luna Diaz, Miguel Angel Romero Espinoza |
| Los 4 Atentados | Grupo Escolta | | SR 1-000-654 | Jesus Otoniel Angulo Perez |
| Los Hermanos Guzmán | Grupo Escolta | | SR 1-000-654 | Jesus Otoniel Angulo Perez |
| Muchas Gracias | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | Carlo Bribiesca, Mario Castelo |
| No Pasa Nada | Grupo Escolta | | SR 1-000-654 | Pedro Antonio Villa |
| No Pasa Nada (En Vivo) | Grupo Escolta | | SR 1-000-654 | Pedro Antonio Villa |
| Paniquiado | Grupo Escolta | PA 2-475-125 | SR 1-000-654 | Jose Alberto Inzunza Favela, Miguel Angel Romero Espinoza |
| Pasos Firmes (El 15 de la Rosca) | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | Jose Luis Del Villar |
| Predador Humano | Grupo Escolta | | SR 707-075 | |
| Soy Alfredito, Me Dicen Tito | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | Carlo Bribiesca, Mario Castelo |
| Soy de Apatzingán | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | Jose Luis Del Villar |
| Te Mato Otra Vez | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | Javier Zazueta Larrañaga, Jose Luis Del Villar |
| Una 38 En La Cintura | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | |
| Ya No Te Quiero | Grupo Escolta | PA 2-481-200 | SR 1-002-639 | |

| Work | Artist(s) | PA | SR | Author(s) |
|---|---|---|---|---|
| A Cada Rato | Jonatan Sanchez | | SR 1-002-553 | |
| A Quién Quisimos Engañar | Jonatan Sanchez | PA 2-459-923 | SR 992-756 | Jonatan Sanchez, Luis Javier Diaz Morales |
| Al Final de Todo | Jonatan Sanchez | 1-8681751921 | SR 869-937 | Daniel Velasco, Jonatan Sanchez, Maria Luisa Inzunza Favela |
| Arde la Herida | Jonatan Sanchez | PA 2-254-525 | SR 882-856 | Jonatan Sanchez |
| Arde la Herida (En Vivo) | Jonatan Sanchez | PA 2-254-525 | SR 882-856 | Jonatan Sanchez |
| Aunque No Estés a Mi Lado | Jonatan Sanchez | PA 2-475-641 | SR 1-000-637 | Cesar Martinez Inzunza |
| Aunque No Estes a Mi Lado (En Vivo) | Jonatan Sanchez | PA 2-475-641 | SR 1-000-637 | Cesar Martinez Inzunza |
| Aunque No Te Preocupe | Jonatan Sanchez | PA 2-452-624 | SR 1-001-881 \| SR 982-960 | Cuitla Vega, Javier Eduardo Mendoza, Jonatan Sanchez, Luis Javier Diaz Morales, Rolando Lesmo Maza |
| Bandido de Amores | Jonatan Sanchez | | SR 1-002-553 | |
| Cien Años | Jonatan Sanchez | PA 2-452-624 | SR 1-001-881 | Jonatan Sanchez |
| Cómo Te Va | Jonatan Sanchez | | SR 862-114 | Jonatan Sanchez |
| Cómo Te Va (En Vivo) | Jonatan Sanchez | PA 2-223-849 | SR 862-114 | Jonatan Sanchez |
| Con Poquito Que Me Quieras | Jonatan Sanchez | | SR 1-002-553 | Luciano Luna Diaz |
| Con Poquito Que Me Quieras (Versión Norteña) | Jonatan Sanchez | | SR 1-002-553 | Luciano Luna Diaz |
| Cuánto Más Amor | Jonatan Sanchez | PA 2-452-624 | SR 1-001-881 \| PA 2-452-624 | Jonatan Sanchez, Luis Javier Diaz Morales |
| Demasiado Tarde | Jonatan Sanchez | PA 2-452-624 | SR 1-001-881 | Jonatan Sanchez |
| Descansa en Paz | Jonatan Sanchez | PA 2-452-624 | SR 1-001-881 | Jonatan Sanchez |
| Dime Qué Te Pasa | Jonatan Sanchez | PA 2-452-624 | SR 1-001-881 | Jonatan Sanchez |
| Esa Niña | Jonatan Sanchez | PA 2-475-641 | SR 1-000-637 | Salvador Yussif Aponte Marcos |
| Esto Es Amor | Jonatan Sanchez | PA 2-452-624 | SR 1-001-881\|SR 983-654 | Javier Eduardo Mendoza, Jonatan Sanchez, Luis Javier Diaz Morales |
| La Amanecida | Jonatan Sanchez | PA 2-452-624 | SR 1-001-881 | Jonatan Sanchez |
| La Voy A Enamorar | Jonatan Sanchez | PA 2-452-624 | SR 1-001-881 | Javier Eduardo Mendoza, Jonatan Sanchez |
| Las Mañanitas | Jonatan Sanchez | | SR 1-002-553 | |
| Me Gusta | Jonatan Sanchez | | SR 1-002-553 | Adriel Guadalupe Apodaca Favela |
| Mi Primera Vez | Jonatan Sanchez | PA 2-022-757 | SR 1-002-553 | Jose Alberto Inzunza Favela, Jose Luis Del Villar |
| Mi Primera Vez (Cumbia) | Jonatan Sanchez | | SR 1-002-553 | Jose Alberto Inzunza Favela, Jose Luis Del Villar |
| Mi Primera Vez (En Vivo) | Jonatan Sanchez | PA 2-022-757 | SR 1-002-553 | Jose Alberto Inzunza Favela, Jose Luis Del Villar |
| Mis Gustos, Mis Placeres (feat. Jonatan Sanchez) | Adriel Favela, Jonatan Sanchez | PA 2-093-751 | SR 757-449 | Adriel Guadalupe Apodaca Favela, Jose Luis Del Villar |
| Necesito de Ti | Jonatan Sanchez | PA 2-098-853 | SR 1-002-553 | Cesar Martinez Inzunza |
| Necesito una Compañera | Jonatan Sanchez | PA 2-475-641 | SR 1-000-637 | |
| Necesito una Compañera (En Vivo) | Jonatan Sanchez | PA 2-475-641 | SR 1-000-637 | |
| Ni Que Fueras Una Diosa | Jonatan Sanchez | PA 2-452-624 | SR 1-001-881 | Javier Eduardo Mendoza, Jonatan Sanchez, Luis Javier Diaz Morales |
| Ni Yo Me la Creo | Jonatan Sanchez | PA 2-452-624 | SR 1-001-881 | Jonatan Sanchez, Rafael Becerra Valdez |
| No Hay Problema | Jonatan Sanchez | PA 2-475-641 | SR 1-000-637 | Edgar Ivan Barrera, Ricardo Orrantia Martinez |
| No Te Vayas | Jonatan Sanchez | PA 2-452-624 | SR 1-001-881 | Javier Eduardo Mendoza, Jonatan Sanchez |
| Perfecta (En Vivo) | Jonatan Sanchez | PA 2-022-763 | SR 1-002-553 | Luciano Luna Diaz, Maria Luisa Inzunza Favela |
| Perfecta (Versión Banda) | Jonatan Sanchez | PA 2-022-763 | SR 1-002-553 | Luciano Luna Diaz, Maria Luisa Inzunza Favela |
| Perfecta (Versión Norteña) | Jonatan Sanchez | PA 2-022-763 | SR 1-002-553 | Luciano Luna Diaz, Maria Luisa Inzunza Favela |
| Por Este Amor | Jonatan Sanchez | | SR 1-002-553 | |
| Práctico, Romántico | Jonatan Sanchez | PA 2-475-641 | SR 1-000-637 | Jose Alberto Inzunza Favela |
| Puño y Letra | Jonatan Sanchez | PAu 3-930-323 | SR 842-442 | Jonatan Sanchez |
| Puño y Letra (En Vivo) | Jonatan Sanchez | PAu 3-930-323 | SR 842-442 | Jonatan Sanchez |
| Se Supone | Giovanny Ayala, Jonatan Sanchez | | SR 901-815 | Hector Giovanny Ayala Rodriguez, Jonatan Sanchez |
| Se Te Fue El Momento | Jonatan Sanchez | PA 2-235-899 | | Jonatan Sanchez |
| Se Te Fue el Momento (En Vivo) | Jonatan Sanchez | PA 2-235-899 | SR 867-361 | Jonatan Sanchez |
| Sentimental | Jonatan Sanchez | | SR-1-001-505 | |
| Sexy | Jonatan Sanchez | PA 2-200-684 | SR 852-924 | Jonatan Sanchez |
| Supongamos | Jonatan Sanchez | | SR 1-002-553 | Luciano Luna Diaz |
| Te Conviene | Jonatan Sanchez | PA 2-022-768 | SR 1-002-553 | Jose Alberto Inzunza Favela, Ricardo Orrantia Martinez |
| Te Conviene (En Vivo) | Jonatan Sanchez | PA 2-022-768 | SR 1-002-553 | Jose Alberto Inzunza Favela, Ricardo Orrantia Martinez |
| Te Voy a Olvidar | Jonatan Sanchez | PA 1-942-572 | | Adriel Guadalupe Apodaca Favela |
| Transparente | Jonatan Sanchez | PA 2-475-641 | SR 1-000-637 | Luciano Luna Diaz, Miguel Angel Romero Espinoza |
| Transparente (En Vivo) | Jonatan Sanchez | PA 2-475-641 | SR 1-000-637 | Luciano Luna Diaz, Miguel Angel Romero Espinoza |
| Tu Cambio De Ser | Jonatan Sanchez | PA 2-452-624 | SR 1-001-881 | Cuitla Vega, Javier Eduardo Mendoza, Jonatan Sanchez, Luis Javier Diaz Morales |
| Ya Se Acerca Navidad | Jonatan Sanchez | | SR 888-977 | Javier Eduardo Mendoza, Luis Javier Diaz Morales |

| Work | Artist(s) | SR | Author(s) |
|---|---|---|---|
| 100 Casquillos | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| 300 Pecadores | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| Chavo y Asociado | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Comandante Jaguar (El Tigre) | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | Francisco Bojorquez |
| Comando "X" | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| De Los Pinos A Los Pinos | Los Nuevos Rebeldes, Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| De los Pinos a los Pinos (feat. Los Nuevos Rebeldes) | Los Nuevos Rebeldes, Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| Despacho M1 | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Diablo Moderno | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| Dime Si Él (Acabo de Enterarme) | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| El Americano | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| El Cartel de la Rana (feat. Gerardo Ortiz) | Jorge Santacruz Y Su Grupo Quinto Elemento, Gerardo Ortiz | SR000070928 7 | |
| El Desempate | Régulo Caro Y Escolta De Guerra, Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| El Desempate (feat. Escolta De Guerra & Régulo Caro) | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| El Desmadroso (Huapango) | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | Jose Luis Del Villar, Martin Castillo |
| El Kokio Jr. | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| El Tosco | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| El Triple 6 (M17) | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Ella Es Mi Mujer | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Gerencia Mz (El Mayito Gordo) | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Gerencia Mz (En Vivo) | Jorge Santacruz Y Su Grupo Quinto Elemento, Grupo Clasificado | SR000070928 7 | |
| Hombres Expertos | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| Huelo Mi Sangre | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Javi 23 | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| La cara de un Antrax | Jorge Santacruz Y Su Grupo Quinto Elemento, Grupo Delta Norteño | SR000070928 7 | |
| La Cara de un Antrax (El Cheyo) | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| La Saga Guzmán | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| Más Que una Diosa | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Más Que Una Diosa (En Vivo) | Rafa Becerra, Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Nunca Odiarte | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| Operativo Pariente | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| Phoenix al "R" Escate | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Qué Raro | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Ráfagas Antrax | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Respuestas del Chapo | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Scarface Renacido | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Supremacía Guzmán | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Tengo el Presentimiento | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| Teresa la Mexicana | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| Tijuana Violenta | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070928 7 | |
| Tú | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | Alan Paul Lopez Martinez (Paul LM); Javier Eduardo Mendoza, Jonatan Sanchez, Luis Javier Diaz Morales |
| Vieja Escuela | Enigma Norteño, Grupo Arriesgado, Los Intocables Del Norte, Otro Nivel, Grupo Catanes, Los Viajeros del Norte, Jorge Santacruz, Canelos Jrs | | |
| Y Si Pones Atención | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |
| Yo Quiero Todo | Jorge Santacruz Y Su Grupo Quinto Elemento | SR000070708 4 | |

| Work | Artist(s) | PA | SR | Author(s) |
|---|---|---|---|---|
| Azul Se Mira (En Vivo) (feat. Adriel Favela) | Los Del Arroyo | PA 2-473-823 | SR-999-911 | Adriel Guadalupe Apodaca Favela, Danilo Avilez |
| El Camello (En Vivo) (feat. Adriel Favela) | Los Del Arroyo | PA 2-473-823 | | Adriel Guadalupe Apodaca Favela, Danilo Avilez |
| El Parcero (En Vivo) | Los Del Arroyo, Banda Renovacion, Grupo Fernandez | PA 2-099-325\|PA 2-099-325 | | Danilo Avilez, Jesus Jimenez Carrillo |
| No Andan Cazando Venados (En Vivo) | Los Del Arroyo | PA 2-022-754 | | Danilo Avilez, El Diez |
| Tomen Nota (Version Sierreña) (feat. Adriel Favela) | Los Del Arroyo | PA 2-022-743 | | Jesus Jimenez Carrillo |

| Work | Artist(s) | PA | SR | Author(s) |
|---|---|---|---|---|
| Chamaquitos Finos | Los Titanes De Durango, John Luna | PA 2-435-893 | SR 976-450 | Sergio Sanchez Ayon |
| Happy Happy | Los Titanes De Durango | | SR 896-554 | Sergio Sanchez Ayon |

| Work | Artist(s) | PA | SR | Author(s) |
|---|---|---|---|---|
| A Cargo de la Plaza | Martin Castillo | PA 2-478-252 | SR 1-005-467 | Francisco Bojorquez |
| Al Lado del Peligro | Martin Castillo | | SR 1-001-726 \| SR 1-005-025 | |
| Aquí Todo Tranquilo | Martin Castillo | PA 2-478-252 | SR 1-005-467 | Martin Castillo |
| Arriba de la Blindada | Martin Castillo | | SR 1-001-726 \|SR 1-005-025 | |
| Clave 911 | Martin Castillo | PA 2-478-252 | SR 1-005-467 | Martin Castillo |
| De Apatzingán, Michoacán | Martin Castillo | PA 2-478-252 | SR 1-005-467 | Martin Castillo |
| El 28 | Martin Castillo | PA 2-483-681 | SR 1-005-466 | Martin Castillo |
| El Compa 1 | Martin Castillo | | SR 1-001-726 \|SR 1-005-025 | |
| El Compa 1 (Sangre De Guerrero) | Martin Castillo | | SR 1-001-726 \|SR 1-005-025 | |
| El Güerito | Martin Castillo | PA 2-483-681 | SR 1-005-466 | Ricardo Lopez |
| El Mago | Martin Castillo | PA 2-481-401 | SR 1-001-726 \|SR 1-005-025 | Martin Castillo |
| El Presumido | Martin Castillo | 1-15171706362 | SR 1-001-726 \| SR 1-005-025 | Martin Castillo |
| El Tuerkas | Martin Castillo | PA 2-478-252 | SR 1-005-467 | Francisco Bojorquez |
| Fiesta en Chicali | Martin Castillo | | SR 1-001-726 \|SR 1-005-025 | |
| La Ultima Batalla | Martin Castillo | 1-15171706362 | SR 1-001-726 \|SR 1-005-025 | Omar Alejandro Ruiz |
| Linda Muñequita | Martin Castillo | | SR 1-001-726 \|SR 1-005-025 | Martin Castillo |
| Luz Verde | Martin Castillo | | SR 1-001-726 \| SR 1-005-025 | |
| Me He Dado Cuenta | Martin Castillo | PA 2-478-252 | SR 1-005-467 | Jose Luis Del Villar, Omar Valenzuela |
| Mi Filosofía (Versión Sierreña) | Martin Castillo | PA 2-483-681 | SR 1-005-466 | Pablo Adrian Navarro Meza, Salvador Yussif Aponte Marcos |
| Recuerdos de Uno | Martin Castillo | | SR 1-001-726 \|SR 1-005-025 | |
| Soldado Imperial | Martin Castillo | | SR 1-001-726 \|SR 1-005-025 | |
| Yo Soy del Villar | Martin Castillo | | SR 1-001-726 \|SR 1-005-025 | |

| Work | Artist(s) | PA | SR | Author(s) |
|---|---|---|---|---|
| ¿qué Te Pasó? | Noel Torres | | SR0000707073 | Jesus Noel Torres |
| 40 Cartas | Noel Torres | PA 2-487-240 | SR 763-745 | |
| Adivina | Noel Torres | PA 0001857968 | SR 845-899 | Luciano Luna Diaz |
| Al Frente Y De Frente | Noel Torres | | SR0000707073 | Jesus Noel Torres |
| Amaneci Con Ganas | Noel Torres | PA 2-022-759 \| PA 2-487-240 | SR 763-745 \| SR 845-913 | Jose Alberto Inzunza Favela, Maria Luisa Inzunza Favela |
| Corrido de Jaimon | Noel Torres | PA 2-487-240 | SR 763-745 | Jesus Noel Torres |
| De Cama en Cama | Noel Torres | PA 2-487-240 | SR 763-745 | Jose Luis Del Villar |
| Díganle | Noel Torres | | SR0000707073 | Jesus Noel Torres |
| El Cambio | Noel Torres | PA 2-487-240 | SR 763-745 | Jesus Noel Torres |
| El Comando del Diablo | Noel Torres | | SR0000707073 | |
| El Joven General | Noel Torres | PA 2-487-240 | SR 763-745 | Jesus Noel Torres |
| El Jr | Noel Torres | PA 2-487-240 | SR 763-745 | Jesus Noel Torres |
| El Karma (feat. Voz de Mando) | Noel Torres, Voz De Mando | PA 1-981-895 \| PA 2-487-240 | SR 763-745 | Priscilla Ruby Rocha |
| El Legado de Loera | Noel Torres | | SR0000707073 | |
| El Sol de Mayo | Noel Torres | | SR0000707073 | |
| El Tiempo Contigo | Noel Torres | 1-15166996197 | SR0000707073 | Jesus Noel Torres |
| El Tigre | Noel Torres | | SR0000707073 | Jesus Noel Torres |
| El Valdo | Noel Torres | | SR0000707073 | Jesus Noel Torres |
| Estilo de Michoacán | Noel Torres | PA 2-487-240 | SR 763-745 | Jesus Noel Torres |
| Estoy Reprobado | Noel Torres | PA 2-487-240 | SR 763-745 | Luciano Luna Diaz |
| La Estructura | Noel Torres | PA 2-022-735 | SR 845-922 | Jesus Noel Torres |
| La Guanábana | Noel Torres | N/A | SR 888-295 | Jesus Noel Torres |
| Lo Que Tú Me Pidas | Noel Torres | 1-15166996197 | SR0000707073 | Jesus Noel Torres |
| Los Tres Mandos | Noel Torres | | SR0000707073 | |
| Me Interesas | Noel Torres | PA 2-487-240 | SR 763-745 | Luciano Luna Diaz |
| Me Pongo de Pie | Noel Torres | PAu 3-807-131 | | Cesar Augusto Valdivia Guerrero |
| No Andan Cazando Venados | Noel Torres | PA 2-022-754 | | Danilo Avilez, El Diez |
| No Me Falten el Respeto | Noel Torres | 1-15166996197 | SR0000707073 | Jesus Noel Torres |
| Para Qué Tantos Besos | Noel Torres | PA 2-487-240 | SR 845-843 | Luciano Luna Diaz |
| Pensarte | Noel Torres | PA 2-022-746 | | Jose Alberto Inzunza Favela, Luciano Luna Diaz |
| Por Haber Sido Mia | Noel Torres | PAu 3-807-131 | | Luciano Luna Diaz |
| Pues Te Equivocas | Noel Torres | | SR 882-856 | Javier Eduardo Mendoza, Jonatan Sanchez, Luis Javier Diaz Morales |
| Rasguño en la Espalda | Noel Torres | | SR0000707073 | Jesus Noel Torres |
| Tan Fácil y Simple | Noel Torres | | | Cesar Augusto Valdivia Guerrero, Jose Luis Del Villar |
| Tu Desastre | Noel Torres | PA 2-487-240 | SR 763-745 | |
| Tu Lo Decidiste | Noel Torres | PA 2-487-240 | SR 763-745 | |
| Un Amor de Verdad | Noel Torres | | SR 707-778 | Jesus Noel Torres |
| Viéndote Dormida | Noel Torres | PA 2-010-291 | | Luciano Luna Diaz |

| Work | Artist(s) | PA | SR | Author(s) |
|---|---|---|---|---|
| Al Grano Voy | Omar Ruiz | PA 2-474-033 | SR 1-001-644 | Omar Alejandro Ruiz |
| Armando el 80 | Omar Ruiz | PA 2-474-033 | SR 1-001-644 | Johnny Santivañez, Omar Alejandro Ruiz |
| Como Tu Ninguna | Omar Ruiz | PA 2-474-033 | SR 1-001-644 | Omar Alejandro Ruiz |
| Gente de la Perla | Omar Ruiz | PA 2-474-033 | SR 1-001-644 | Omar Alejandro Ruiz |
| Gritos al Viento | Omar Ruiz | PA 2-474-033 | SR 1-001-644 | Omar Alejandro Ruiz |
| Hasta el Cielo Azul | Omar Ruiz | PA 2-474-033 | SR 1-001-644 | Omar Alejandro Ruiz |
| Las Tardes en San Diego | Omar Ruiz | PA 2-474-033 | SR 1-001-644 | Omar Alejandro Ruiz |
| Pa' No Perder el Glamour | Omar Ruiz | PA 2-474-033 | SR 1-001-644 | Omar Alejandro Ruiz |
| Para Que | Omar Ruiz | PA 2-474-033 | SR 1-001-644 | Omar Alejandro Ruiz |
| Por el Valle | Omar Ruiz | PA 2-474-033 | SR 1-001-644 | Omar Alejandro Ruiz |
| Porte Elegante | Omar Ruiz | PA 2-474-033 | SR 1-001-644 | Omar Alejandro Ruiz |
| Puedes Irte | Omar Ruiz | PA 2-474-033 | SR 1-001-644 | Omar Alejandro Ruiz |
| Salgo de Durango | Omar Ruiz | PA 2-474-033 | SR 1-001-644 | Omar Alejandro Ruiz |
| Valio la Pena | Omar Ruiz | PA 2-474-033 | SR 1-001-644 | Omar Alejandro Ruiz |

| Work | Artist(s) | PA | SR | Author(s) |
|---|---|---|---|---|
| A Dos Tragos | Rafa Becerra | PA 2-476-240 | SR 1-001-248 | Cesar Ivan Gamez Galindo, Luis Javier Diaz Morales, Rafael Becerra Valdez |
| Aquí Seguimos | Rafa Becerra | PA 2-476-240 | SR 1-001-248 | Rafael Becerra Valdez |
| Con Todo y Defectos | Rafa Becerra | PA 2-476-240 | SR 1-001-248 | Cuitla Vega, Jonatan Sanchez, Rafael Becerra Valdez, Rolando Lesmo Maza |
| En Qué Te Afecta | Rafa Becerra | PA 2-476-240 | SR 1-001-248 | Cuitla Vega, Javier Eduardo Mendoza, Jonatan Sanchez, Rafael Becerra Valdez, Rolando Lesmo Maza |
| Entre Más Lejos Mejor | Rafa Becerra | PA 2-476-240 | SR 1-001-248 | Javier Eduardo Mendoza, Jonatan Sanchez, Luis Javier Diaz Morales, Rafael Becerra Valdez |
| Hoy | Rafa Becerra | PA 2-476-240 | SR 1-001-248 | Cesar Ivan Gamez Galindo, Cuitla Vega, Edgar Salvador Hurtado Medina, Rafael Becerra Valdez, Rolando Lesmo Maza |
| Jugando Con Fuego | Rafa Becerra | PA 2-476-240 | SR 1-001-248 | Javier Eduardo Mendoza, Jonatan Sanchez, Rafael Becerra Valdez |
| Mi Viejecita | Rafa Becerra | PA 2-476-240 | SR 1-001-248 | Rafael Becerra Valdez |
| No Me Compares | Rafa Becerra | PA 2-476-240 | SR 1-001-248 | Edgar Salvador Hurtado Medina, Luis Javier Diaz Morales, Rafael Becerra Valdez |
| No Que No | Rafa Becerra | PA 2-476-240 | SR 1-001-248 | Cuitla Vega, Edgar Salvador Hurtado Medina, Javier Eduardo Mendoza, Rafael Becerra Valdez |
| Pasémosla Bien | Rafa Becerra | PA 2-476-240 | SR 1-001-248 | Edgar Salvador Hurtado Medina, Rafael Becerra Valdez, Rolando Lesmo Maza |
| Si Ya No Me Querías | Rafa Becerra | PA 2-476-240 | SR 1-001-248 \| SR 888-277 | Cesar Ivan Gamez Galindo, Cuitla Vega, Rafael Becerra Valdez |
| Sin Pagar | Rafa Becerra | PA 2-476-240 | SR 1-001-248\|SR 886-983 | Cesar Ivan Gamez Galindo, Edgar Salvador Hurtado Medina, Rafael Becerra Valdez |
| Tus Ojitos | Rafa Becerra | PA 2-476-240 | SR 1-001-248 | Cuitla Vega, Edgar Salvador Hurtado Medina, Rafael Becerra Valdez |
| Un Antes y un Después | Rafa Becerra | PA 2-250-982 | SR 876-166 \| SR 880-753 | Rafael Becerra Valdez |
| Ya Sé | Rafa Becerra | PA 2-476-240 | SR 1-001-248 | Jonatan Sanchez, Luis Javier Diaz Morales, Rafael Becerra Valdez, Rolando Lesmo Maza |
| Ya Te Hace Falta | Rafa Becerra | PA 2-476-240 | SR 1-001-248 | Edgar Salvador Hurtado Medina, Rafael Becerra Valdez |

# EXHIBIT A