Richard S. Busch (SBN 319881)
richard.busch@arlaw.com
Mark L. Block (SBN 115457)
mark.block@arlaw.com
Andrew H. "Drew" Davis, admitted *pro hac vice*
drew.davis@arlaw.com
David Niemierzycki, admitted *pro hac vice*
david.niemierzycki@arlaw.com
ADAMS & REESE, LLP
1600 West End Ave., Suite 1400
Nashville, TN 37203
Tel: (615) 259-1450

Jeffrey E. Faucette (SBN 193066)
jeff@skaggsfaucette.com
Martin R. Glick (SBN 40187)
marty@skaggsfaucette.com
SKAGGS FAUCETTE LLP
505 Montgomery Street, 11th Floor
San Francisco CA 94111
Tel: (415) 874-3181

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GERENCIA 360 MUSIC, INC.<br><br>Plaintiff,<br><br>v.<br><br>SUNO, INC.; BRIGHT DATA LTD.; and BRIGHT DATA, INC.,<br><br>Defendants. | Case Number: 3:26-cv-09248-RFL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS BRIGHT DATA LTD. AND BRIGHT DATA, INC.** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses Defendants Bright Data LTD. and Bright Data, Inc. from this action without prejudice.

Dated: October 19, 2026

*/s/ Richard S. Busch*
**ADAMS & REESE, LLP**
Richard S. Busch (SBN 319881)
Mark L. Block (SBN 115457)
Andrew H. "Drew" Davis, admitted *pro hac vice*
David Niemierzycki, admitted *pro hac vice*
1600 West End Ave., Suite 1400
Nashville, TN 37203
Tel: (615) 259-1450
Fax: (615) 259-1470
richard.busch@arlaw.com
mark.block@arlaw.com
drew.davis@arlaw.com
david.niemierzycki@arlaw.com

**SKAGGS FAUCETTE LLP**
Jeffrey E. Faucette (SBN 193066)
Martin R. Glick (SBN 40187)
505 Montgomery Street, 11th Floor
San Francisco CA 94111
Tel: (415) 874-3181
Fax: (888) 980- 6547
jeff@skaggsfaucette.com
marty@skaggsfaucette.com

*Attorneys for Plaintiff*

## FILER'S ATTESTATION

I, Richard S. Busch, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Richard S. Busch*